UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES CHARLES BAILEY, JR., *doing business as* Bailey's Wrecker Service, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>STATE OF NORTH CAROLINA, )<br>JUDGE CHARLES GAYLOR, )<br>MICHAEL SHIPMAN, MICHAEL BIGGINS, )<br>C. BRANSON VICKORY, III, CHARLES )<br>GURLEY and DOES 1 TO 100, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:13-CV-174-D |

**Decision by Court.**

  **IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS Plaintiff's Application to Proceed *In Forma Pauperis* [D.E. 1] and DISMISSES the Complaint [D.E. 1-1] for failure to state a claim upon which relief can be granted. The Clerk shall close the case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 15, 2013,** WITH A COPY TO:

  James Charles Bailey, Jr., Pro se (via USPS to 1211 Porter Street, Goldsboro, NC 27530)

May 15, 2013
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

/s/Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina